1  STEVEN G. TIDRICK, SBN 224760
   THE TIDRICK LAW FIRM
2  6114 La Salle Avenue #500
   Oakland, California 94611
3  Telephone: (510) 381-3832
   Facsimile: (510) 291-3226
4  E-mail: sgt@tidricklaw.com

5  Attorneys for Plaintiff
   PROMILA AWASTHI

6

7                    UNITED STATES DISTRICT COURT
8
                     NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  PROMILA AWASTHI, | Case No. C-10-00783-JCS |
| 11          Plaintiff, | **STIPULATION TO CONTINUE MOTION DATE; [PROPOSED] ORDER** |
| 12      v. | Date: May 21, 2010 |
| 13  INFOSYS TECHNOLOGIES LIMITED, | Time: 1:30 p.m. |
|     a foreign corporation; MAHESH PRAKASH | Location: Courtroom A , 15th Floor |
| 14  KINHIKAR; ANMOL SRIVASTAVA; | |
|     PRASITA KUTTY; and DOES 1-20, | The Honorable Joseph C. Spero |
| 15          Defendants. | |
| 16  | Complaint Filed: Nov. 23, 2009 |
| 17 | |

18      COME NOW THE PARTIES THROUGH THEIR RESPECTIVE ATTORNEYS OF

19  RECORD to stipulate that Plaintiff's Motion to Remand, scheduled for May 21, 2010, at

20  1:30pm, be reset to May 28, 2010, at 1:30pm.

21      The parties' stipulation is entered into in light of the following facts and

22  circumstances:

23      1.    Plaintiff filed her Motion to Remand on March 26, 2010 and noticed a hearing

24  date of April 30, 2010.

25      2.    By Clerk's Notice dated April 14, 2010, the Court reset the hearing date to

26  May 14, 2010, at 1:30pm.

27      3.    By Clerk's Notice dated May 6, 2010, the Court reset the hearing date to May

28  21, 2010, at 1:30pm

---

STIPULATION TO CONTINUE MOTION DATE; [PROPOSED] ORDER
Case No. C-10-00783-JCS

4. Plaintiff's counsel has a scheduling conflict on May 21, 2010.

5. Defendants' counsel is unavailable after May 28, 2010, until July 19, 2010, because of a medical leave of absence.

6. The parties met and conferred and agreed to reset the hearing date on Plaintiff's motion to May 28, 2010, at 1:30pm.

The parties therefore request that the present hearing date of May 21, 2010, at 1:30pm, be reset to May 28, 2010, at 1:30pm.

Dated: May 7, 2010                         LITTLER MENDELSON

                                           _____
                                           MICHELLE B. HEVERLY
                                           Attorneys for Defendants

Dated: May 7, 2010                         THE TIDRICK LAW FIRM

                                           _____
                                           STEVEN G. TIDRICK
                                           Attorneys for Plaintiff

# ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion to Remand before Magistrate Judge Spero previously noticed for May 21, 2010, at 1:30pm, has been reset to May 28, 2010, at 1:30pm, Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: _May 10, 2010_____            _____
                                           Hon. Joseph C. Spero
                                           United States Magistrate Judge

STIPULATION TO CONTINUE MOTION DATE; [PROPOSED] ORDER
Case No. C-10-00783-JCS

4. Plaintiff's counsel has a scheduling conflict on May 21, 2010.

5. Defendants' counsel is unavailable after May 28, 2010, until July 19, 2010, because of a medical leave of absence.

6. The parties met and conferred and agreed to reset the hearing date on Plaintiff's motion to May 28, 2010, at 1:30pm.

The parties therefore request that the present hearing date of May 21, 2010, at 1:30pm, be reset to May 28, 2010, at 1:30pm.

Dated: May 7, 2010  LITTLER MENDELSON

_____
MICHELLE B. HEVERLY
Attorneys for Defendants

Dated: May 7, 2010  THE TIDRICK LAW FIRM

_____
STEVEN G. TIDRICK
Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion to Remand before Magistrate Judge Spero previously noticed for May 21, 2010, at 1:30pm, has been reset to May 28, 2010, at 1:30pm, Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: _____  _____

Hon. Joseph C. Spero

United States Magistrate Judge

---

STIPULATION TO CONTINUE MOTION DATE; [PROPOSED] ORDER
Case No. C-10-00783-JCS